IN THE UNITED STATES BANKRUPTCY COURT    20-23211
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Band Global Logistics LLC**<br><br>Debtor<br><br>**Band Global Logistics LLC**<br>Movant<br><br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No.<br><br>Chapter **7**<br><br><br><br><br>Related to Document No. 1 |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I,  __**Lawrence W Willis Esq 85299**__  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Lawrence W Willis Esq**
    Signature
    **Lawrence W Willis Esq 85299**
    Typed Name
    **201 Penn Center**
    **Suite 310**
    **Pittsburgh, PA 15235**
    Address
    **412-235-1721 Fax:412-542-1704**
    Phone No.
    **85299 PA**
    List Bar I.D. and State of Admission

20-23211

```
Bonus Accounting
220 S Main St
Butler, PA 16001

Capital One
PO Box  30281
Salt Lake City, UT 84130

Intuit Payroll
110 Juliad Ct
Fredericksburg, VA 22406

S&T Bank
800 Philadelphia Street
Indiana, PA 15701

Tokio Marine HCC Surety Group
801 South Figueroa St Suite 700
Los Angeles, CA 90017

Transformation Counseling Center
300 Thomson Park Dr
Cranberry Twp, PA 16066
```